JASON M. DAY *v.* COMMISSIONER OF CORRECTION

The petitioner Jason M. Day's petition for certification for appeal from the Appellate Court, 118 Conn. App. 130 (AC 29604), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Mary Boehlert*, special public defender, in support of the petition.

Decided January 19, 2010